UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sheldahl, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>Pressac, Inc.<br><br>Defendant. | Court File No. Civil: 02-203 RHK/JMM<br><br>**STIPULATION FOR EXTENSION OF TIME** AND ORDER |

It is stipulated by the parties hereto, through their undersigned counsel of record, that Defendant Pressac, Inc., shall have through and including May 3, 2002, to answer or otherwise plead in the above matter. The parties have entered into a settlement in principle and require additional time to effectuate a settlement agreement.

Dated: April 1, 2002

**LINDQUIST & VENNUM, PLLP.**

By: ____________________
David A. Allgeyer (#12042x)
Jonathan M. Bye (#148830)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

***Attorneys for Plaintiff Sheldahl, Inc.***



APR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 3, 2002

MASLON EDELMAN BORMAN & BRAND LLP

By: ______________________

Gary J. Haugen (#42328)
Meg A. Garvin (#294226)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8362

***Attorneys for Defendant Pressac, Inc.***

**ORDER**

Based upon the foregoing Stipulation, it is hereby ordered that the above Stipulation shall be and hereby is adopted as the Order of this Court and that Defendant shall have an extension until May 3, 2002, in which to answer or otherwise plead in the above-captioned action.

Dated: April 5, 2002

BY THE COURT:

______________________
John M. Mason
United States Magistrate Judge